IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| ERICK POSNER, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 8:08-cv-03306-JKS |
| ADVENTIST HEALTHCARE, INC. d/b/a SHADY GROVE ADVENTIST HOSPITAL, | * * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The Plaintiff, Erick Posner, by and through counsel, hereby dismisses with prejudice all claims against all parties, including the Plaintiff's claims against the Defendant, Adventist HealthCare, Inc., t/a Shady Grove Adventist Hospital. The parties shall bear their own costs and attorneys' fees.

This action is taken with the consent of all parties as evidenced by signature of counsel for all parties below.

Respectfully submitted,

| | |
|---|---|
| **ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHTD.** | **BROWN, GOLDSTEIN & LEVY, LLP** |
| /s/ | /s/ |
| Benjamin S. Vaughan, Esquire, # 02951 | Joseph B. Espo, Esquire, # 07490 |
| Bvaughan@adclawfirm.com | jbe@browngold.com |
| Jeremy R. Krum, Esquire, #16024 | 120 East Baltimore Street, Suite 1700 |
| Jkrum@adclawfirm.com | Baltimore, Maryland  21202-6701 |
| 204 Monroe Street, Suite 101 | (410) 962-1030 |
| Rockville, Maryland  20850 | (410) 385-0869– fax |
| (301) 251-0440 | *Counsel for the Plaintiff, Erick Posner* |
| (301) 279-5929 – fax | |
| *Counsel for Defendant, Adventist HealthCare, Inc., t/a Shady Grove Adventist Hospital* | |
| (signed by Joseph B. Espo w/ permission of Defendants' Attorneys) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2010, a copy of the foregoing Stipulation of Dismissal of All Claims with Prejudice was electronically filed and sent via e-mail to:

> Marc Charmatz, Esquire
> Rosaline Crawford, Esquire
> 8630 Fenton Street, Suite 820
> Silver Spring, MD  20910
>
> Jeremy R. Krum, Esquire
> Benjamin S. Vaughan, Esquire
> 204 Monroe Street, Suite 101
> Rockville, Maryland  20850

                    /s/
                Joseph B. Espo